UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LACAL LUCKY WILSON | CIVIL ACTION |
| VERSUS | NO. 12-2474 |
| WARDEN N. BURL CAIN ET AL. | SECTION "I" (2) |

## ORDER AND REASONS

Plaintiff, Lacal Lucky Wilson, an inmate currently incarcerated in the Louisiana State Penitentiary at Angola, Louisiana, has submitted an application to proceed in forma pauperis in connection with the above-captioned 42 U.S.C. § 1983 complaint. Plaintiff filed suit against Warden N. Burl Cain, Dr. Jason Collins, Dr. MacMurdo Hal, and social worker Ms. Brewer complaining that he is being denied adequate medical care. In particular, he claims that defendants have denied him prescribed Benadryl and flex cuffs. He seeks monetary compensation. (Rec. Doc. No. 1, Complaint). His pauper application is a non-dispositive pretrial matter which was referred to the undersigned United States Magistrate Judge pursuant to Local Rule 72.1(B)(1) and 28 U.S.C. § 636(b).

28 U.S.C. § 1915(g) provides that a prisoner shall not be allowed to bring a civil action in forma pauperis if he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on grounds that it was frivolous, malicious or failed to state a claim for which relief can be granted, unless the prisoner is under imminent danger of serious physical injury.

Plaintiff is a frequent litigant in federal court. He has filed 19 prior civil actions while incarcerated. At least three of those civil actions were dismissed as frivolous and/or for failure to state a claim for which relief could be granted. Wilson v. McElevans, Civil Action No. 94-3144 "F"(5) (E.D. La.); Wilson v. Canulette, et al., Civil Action No. 95-277 c/w 95-292 "J"(4) (E.D. La.); Wilson v. Canulette, et al., Civil Action No. 97-1977 "T"(2) (E.D. La.). He has therefore accumulated three "strikes" under the PLRA.[1]

Plaintiff may not proceed as a pauper in this action unless he fits within the "imminent danger" exception of Section 1915(g). In the present case, plaintiff has not alleged, nor does his complaint demonstrate, that he is in imminent danger of serious physical injury. Consequently, plaintiff is not entitled to proceed in forma pauperis. For the foregoing reasons,

**IT IS ORDERED** that plaintiff's motion to proceed in forma pauperis is **DENIED**. 28 U.S.C. § 1915(g).

New Orleans, Louisiana, this 19th day of October, 2012.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] Additionally, plaintiff has on numerous occasions been denied permission to proceed in forma pauperis based on his history of frivolous litigation. Wilson v. Warden N. Burl Cain, et al., 11-652 "R"(1); Wilson v. Dr. Richard D. Inglese, et al., Civil Action No. 05-1876 "A"(5); Wilson v. Peachey, Civil Action No. 05-0219 "S"(5); Wilson v. Dr. Richard Inglese's, et al., Civil Action No. 04-2688 "N"(1) (E.D. La.); Wilson v. Green, et al., Civil Action No. 04-2127 "C"(3) (E.D. La.); Wilson v. Medical Staff, Civil Action No. 04-1881 "N"(3) (E.D. La.); Wilson v. Peachey, et al., Civil Action No. 04-1464 "F"(3) (E.D. La.); Wilson v. Johnson, et al., Civil Action No. 03-2209 "F"(5) (E.D. La.); Wilson v. McElveen, Miscellaneous Action No. 03-1936 "N"(4) (E.D. La.); Wilson v. Trans., Miscellaneous Action No. 03-1618 "F"(3) (E.D. La.); Wilson v. McElveen, Miscellaneous Action No. 03-326 "F"(4) (E.D. La.).